# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 10-7138**                    **September Term, 2011**

RICHARD DOMINGUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,
        APPELLANT

v.

UAL CORPORATION AND UNITED AIR LINES, INC.,
        APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:07-cv-00418)

———

# UNDER SEAL OPINION, NOT ACCESSIBLE TO PUBLIC